DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com
Email: ase@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

Chambers Copy

FILED
JUN 18 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN JOSE DIVISION

FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,

Plaintiff,

vs.

GILROY AUTOMOTIVE GROUP, INC., a California corporation; DENNIS MARSHALL, an individual; KIRBY L. MARSHALL, an individual; LORRAINE MARSHALL, an individual; GREG MCKENNA, an individual,

Defendants.

Case No.: 5:09-cv-02341-~~PVT~~ JW

**[~~PROPOSED~~] ORDER FOR WRIT OF POSSESSION**

Date: No hearing pending
Time:
Dept: Courtroom ~~5~~ 8, 4th Floor
Judge: Hon. ~~Patricia V. Trumbull~~ James Ware

Complaint Filed: May 27, 2009
Trial Date: None Set

The continued hearing on the application of Plaintiff, Ford Motor Credit Company LLC ("Ford Credit"), for the issuance of an order for writ of possession came on before the Honorable Patricia V. Trumbull, United States District Court Judge for the Northern District of California.

The Court, having reviewed the application of Ford Credit for writ of possession and injunctive relief, the supporting declarations and memorandum of points and authorities and the complaint on file in this action, finds that Ford Credit has established that it is entitled to the issuance of a Writ of Possession and has established the probable validity that there is an immediate danger that the vehicles identified on the attached **Exhibit A**, the other personal property described

in the attached **Exhibit B** and the proceeds from the sale of any such vehicle or other personal property (collectively the "Collateral"), may become unavailable to levy and may become substantially impaired in value, and

GOOD CAUSE APPEARING, THEREFORE,

IT IS HEREBY ORDERED that:

1. Defendant, Gilroy Automotive Group, Inc., dba Gilroy Mazda ("Gilroy Mazda"), has received timely and proper notice of this hearing on Ford Credit's Application for Writ of Possession under the Court's Local Rules.

2. Ford Credit has established the probable validity of its security interest in, and claim to possession of, the vehicles identified on the attached **Exhibit A** and all of Gilroy Mazda's furniture, fixtures, machinery, supplies and other equipment, all motor vehicles, tractors, trailers, implements, service parts and accessories and other inventory of every kind, all accounts, contract rights, chattel paper and general intangibles as described in the attached **Exhibit B**, that Defendant Gilroy Mazda is in default on its loan obligations owing to Ford Credit as set forth in the moving papers.

3. Ford Credit has established that the Collateral is located at Gilroy Mazda's place of business at 6800 Chestnut Street, Gilroy, CA 95020 (the "Dealership").

4. The Clerk of this Court shall issue a writ of possession as provided in California Code of Civil Procedure section 512.010.

5. The levying officer may enter the following private places at any time or times, using any necessary reasonable force, whether the premises are occupied or unoccupied, to take possession of the Collateral or some part thereof: 6800 Chestnut Street, Gilroy, CA 95020.

6. The levying officer within whose jurisdiction the Collateral, or some part thereof, is located, is authorized to execute the Writ of Possession and levy on the Collateral in either of the following manners as directed by Ford Credit:

    (a) The levying officer may seize the Collateral and retain custody of it in the manner provided by California Code of Civil Procedure sections 514.010 - 514.050; or

(b) The levying officer within whose jurisdiction the Collateral, or some part thereof, is located may maintain the peace while Ford Credit, its agents and employees take and maintain possession of the Collateral in the manner provided by California Code of Civil Procedure sections 514.010 - 514.050.

7. Upon delivery of the Collateral to Ford Credit, the U.S. Marshal Service shall be held harmless as to the transport, storage, and maintenance of the Collateral.

8. Ford Credit is to store the Collateral in a reasonable manner and either Ford Credit or the storage facility shall carry sufficient insurance to protect the Collateral from loss prior to its sale or disposition. Ford Credit shall dispose of the Collateral in the manner provided under the California Uniform Commercial Code.

9. Ford Credit has established that it has a security interest in all accounts of Gilroy Mazda. Ford Credit is authorized under this Order and the Writ of Possession to take possession of all Collateral in the deposit accounts of Gilroy Mazda wherever located. Ford Credit is authorized to have the U.S. Marshal serve a financial institution levy upon any financial institution with possession of Collateral for turnover of the Collateral in the accounts to Ford Credit through the U.S. Marshal in the manner provided under the California Code of Civil Procedure. Neither Gilroy Mazda shall issue checks, drafts or other form of withdrawals from the accounts from the date of the issuance of this Order except to make payment to Ford Credit.

10. Gilroy Mazda shall deliver and turn over the Collateral to Ford Credit as provided by California Code of Civil Procedure section 512.070. Ford Credit will then hold the Collateral for not less than 10 days in order to allow Gilroy Mazda an opportunity to obtain redelivery of the Collateral pursuant to California Code of Civil Procedure section 514.030.

11. Ford Credit is authorized to use a single USM-285 form which will refer to a list including all motor vehicles comprising a portion of the Collateral and identifying each motor vehicle specifically by make, model, year, and vehicle identification number. The levying officer is directed to accept such form in full compliance with its procedures requiring the use of form USM-285.

12. The writ of possession shall issue forthwith. The Court waives any filing or posting of an undertaking or bond by Ford Credit as the Court is permitted and authorized to do under California Code of Civil Procedure section 515.010(b). The Court finds, for the purposes of this Order, that the value of Gilroy Mazda's assets is approximately $1,093,137.50, which is less than the principal amounts of the contractual obligations totaling $1,095,007.00 it owes to Ford Credit by $1,869.50. Under California Code of Civil Procedure section 515.010(b), Ford Credit is not required to file an undertaking.

13. The written undertaking required by Gilroy Mazda for redelivery or to stay delivery shall be in the amount of $1,093,137.50.

14. The Clerk of this Court shall attach a copy of this Order to the writ of possession.

15. Ford Credit's representatives shall, if the levying officer so requests, accompany the levying officer to the business premises described above, to review and examine Gilroy Mazda's books and records relating to the vehicles and parts constituting the Collateral in order to determine the status, location and time and date of return of any Collateral. Ford Credit's representative is authorized to remain at the Gilroy Mazda Dealership at all times until all the Collateral is removed from the Dealership and until it has completed its inspection of Gilroy Mazda's books and records.

16. The levying officer is authorized to remain on Gilroy Mazda's business premises at all times until all the Collateral is removed from the Dealership.

17. Ford Credit, and/or its authorized agents and assigns, is authorized to act as substitute custodian ("Substitute Custodian") of any and all items of personal property that is located and seized within the State of California pursuant to this Order, and as Substitute Custodian it shall hold harmless the U.S. Marshal from liability arising from any acts, incidents, or occurrences in connection with the seizure and possession of the personal property located at the Collateral arising in the ordinary, authorized scope of the duties of the U.S. Marshal (which acts do not include acts arising from negligent or intentional tortious conduct), including any third-party claims, and the U.S. Marshal shall be discharged of his or her duties and responsibilities for safekeeping of the seized goods. The U.S. Marshal shall request proof of insurance from the Substitute Custodian before surrendering the Collateral to the Substitute Custodian.

18. The U.S. Marshal while accomplishing such seizure shall employ whatever reasonable force that is necessary to break open and enter the business premises described above, regardless of whether said premises and/or location is locked or unlocked or occupied or unoccupied, and to inspect the contents of any parking lot, garage, room, vehicle, container or desk or document.

IT IS FURTHER ORDERED THAT:

19. Gilroy Mazda, its agents, employees, and all persons acting for it or on its behalf, are hereby immediately restrained and enjoined from transferring any interest in the Collateral by lease, sale, pledge, gift, or grant of security interest or otherwise disposing of, encumbering, secreting or transferring possession of the Collateral, in any manner which would prevent, hinder, or delay the levying officer from taking possession of the Collateral.

20. Defendant Gilroy Mazda, its agents, employees and anyone acting on its behalf, are enjoined and restrained from transferring any interest by sale, pledge, gift or grant of security interest or otherwise disposing of, or encumbering the Collateral identified on the attached **Exhibits A and B**.

21. In the event that Gilroy Mazda ceases to conduct business, Ford Credit is authorized to have all mail to be delivered to Gilroy Mazda redirected to a post office box that Ford Credit will maintain for the purpose of receiving Gilroy Mazda's mail. Ford Credit will be authorized to open the mail to Gilroy Mazda and to take possession of all money paid to Gilroy Mazda and to endorse all checks, money orders, and other forms of payment to Ford Credit and to apply the funds to the contract balances owing by Gilroy Mazda to Ford Credit. Gilroy Mazda, its officers, or its appointed employees are agents are permitted to be present when Ford Credit opens any such redirected mail. The parties shall cooperate in scheduling a reasonable time for the opening of the redirected mail.

22. Ford Credit may immediately place a security guard(s) on the Dealership premises who shall be authorized to remain at the Gilroy Mazda Dealership at all times until all the Collateral is removed from the Dealership and may utilize the assistance of law enforcement agencies in order to deter the removal of any Collateral from the Dealership premises.

23. This order shall issue June ____, 2009, at ________.m.

24. This Order shall remain in effect until modified by further order of this Court, or else is modified by written agreement signed by Plaintiff Ford Credit and Defendant Gilroy Mazda filed with and approved by order of this Court.

DATED: June 18, 2009

United States District Court Judge

**Exhibit A**

GILROY AUTOMOTIVE GROUP, INC.
6800 CHESTNUT STREET
GILROY, CA 95020

CTL2: 043 Dealer: 84102
CTL3: 000 Location: 1
CTL4: 0000 Type: 1

# Vehicle Daily Statement

| | Principal Balance | Units | Description | Interest | Flats | 0IPC | Fees | Floor Date | Maturity Date | Dup COV | Subv | Stock Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GILROY AUTOMOTIVE GROUP, INC.** | **$1,095,007.00** | **56** | | **$266.33** | **$16.28** | **$0.00** | **$0.00** | | | | | |
| **MAZDA NEW LINE** | **$443,516.00** | **19** | | **$104.70** | **$5.32** | **$0.00** | **$0.00** | | | | | |
| 1YVHP80C585M45589 | $22,021.00 | | 2008 MAZDA MAZDA6 | $5.20 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 05/01/2023 | NO | NO | 8192 |
| 1YVHP82A895M25303 | $23,140.00 | | 2009 MAZDA MAZDA6 | $5.46 | $0.28 | $0.00 | $0.00 | 10/28/2008 | 11/01/2023 | NO | NO | |
| 1YVHP82B695M00750 | $28,464.00 | | 2009 MAZDA MAZDA6 | $6.72 | $0.28 | $0.00 | $0.00 | 08/18/2008 | 09/01/2023 | NO | NO | 9012 |
| 1YVHP82B795M01700 | $28,264.00 | | 2009 MAZDA MAZDA6 | $6.67 | $0.28 | $0.00 | $0.00 | 09/05/2008 | 10/01/2023 | NO | NO | 9021 |
| 4F2CZ06178KM28697 | $22,523.00 | | 2008 MAZDA TRIBUTE | $5.32 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 05/01/2023 | NO | NO | 8125 |
| 4F2CZ06188KM28692 | $23,798.00 | | 2008 MAZDA TRIBUTE | $5.62 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 05/01/2023 | NO | NO | 8137 |
| 4F4YR12D28PM04832 | $17,113.00 | | 2008 MAZDA TRUCK | $4.04 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 05/01/2023 | NO | NO | 8162 |
| 4F4ZR47E98PM05323 | $22,042.00 | | 2008 MAZDA TRUCK | $5.20 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 09/01/2023 | NO | NO | 8244 |
| JM1BK324791233465 | $19,389.00 | | 2009 MAZDA MAZDA3 | $4.58 | $0.28 | $0.00 | $0.00 | 10/24/2008 | 11/01/2023 | NO | NO | |
| JM1BK32G091233639 | $17,542.00 | | 2009 MAZDA MAZDA3 | $4.14 | $0.28 | $0.00 | $0.00 | 10/24/2008 | 11/01/2023 | NO | NO | |
| JM1BK32G791212500 | $18,307.00 | | 2009 MAZDA MAZDA3 | $4.32 | $0.28 | $0.00 | $0.00 | 09/23/2008 | 10/01/2023 | NO | NO | 9033 |
| JM1BK344391245514 | $19,841.00 | | 2009 MAZDA MAZDA3 | $4.69 | $0.28 | $0.00 | $0.00 | 11/21/2008 | 12/01/2023 | NO | NO | |
| JM1CR29L390334399 | $20,634.00 | | 2009 MAZDA MAZDA5 | $4.87 | $0.28 | $0.00 | $0.00 | 01/13/2009 | 02/01/2024 | NO | NO | |
| JM1FE17M490401168 | $31,258.00 | | 2009 MAZDA RX-8 | $7.38 | $0.28 | $0.00 | $0.00 | 09/26/2008 | 10/01/2023 | NO | NO | 9031 |
| JM1NC25F080152734 | $26,551.00 | | 2008 MAZDA MX-5 MIATA | $6.27 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 08/01/2023 | NO | NO | 8234 |
| JM1NC25F180153262 | $25,035.00 | | 2008 MAZDA MX-5 MIATA | $5.91 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 08/01/2023 | NO | NO | 8233 |
| JM1NC25F860118960 | $26,089.00 | | 2006 MAZDA MX-5 MIATA | $6.16 | $0.28 | $0.00 | $0.00 | 01/23/2008 | 02/01/2023 | NO | NO | 6002 |
| JM1NC26F080152893 | $26,798.00 | | 2008 MAZDA MX-5 MIATA | $6.32 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 08/01/2023 | NO | NO | 8232 |
| JM3ER29LX80213609 | $24,707.00 | | 2008 MAZDA CX-7 | $5.83 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 08/01/2023 | NO | NO | 8230 |
| **VOLKSWAGEN NEW LINE** | **$369,453.00** | **15** | | **$92.39** | **$4.80** | **$0.00** | **$0.00** | | | | | |
| 2V8HW34129R501114 | $29,188.00 | | 2009 VOLKSWAGEN ROUTAN | $7.30 | $0.32 | $0.00 | $0.00 | 11/04/2008 | 12/01/2023 | NO | NO | |
| 2V8HW34149R501356 | $30,941.00 | | 2009 VOLKSWAGEN ROUTAN | $7.73 | $0.32 | $0.00 | $0.00 | 11/04/2008 | 12/01/2023 | NO | NO | |
| 2V8HW34149R517816 | $30,548.00 | | 2009 VOLKSWAGEN ROUTAN | $7.64 | $0.32 | $0.00 | $0.00 | 09/30/2008 | 10/01/2023 | NO | NO | 9036 |
| 2V8HW54X19R502397 | $34,182.00 | | 2009 VOLKSWAGEN ROUTAN | $8.55 | $0.32 | $0.00 | $0.00 | 10/24/2008 | 11/01/2023 | NO | NO | |
| 3VWFG31C98M525967 | $21,322.00 | | 2008 VOLKSWAGEN BEETLE | $5.33 | $0.32 | $0.00 | $0.00 | 07/11/2008 | 08/01/2023 | NO | NO | 8228 |
| 3VWJZ71K59M058101 | $18,932.00 | | 2009 VOLKSWAGEN JETTA | $4.73 | $0.32 | $0.00 | $0.00 | 12/17/2008 | 01/01/2024 | NO | NO | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3VWPF31Y28M412185 | $24,749.00 | | 2008 VOLKSWAGEN BEETLE | $6.19 | $0.32 | $0.00 | $0.00 | 02/29/2008 | 03/01/2023 | NO | NO | 8136 |
| 3VWPF31Y38M412549 | $24,749.00 | | 2008 VOLKSWAGEN BEETLE | $6.19 | $0.32 | $0.00 | $0.00 | 03/13/2008 | 04/01/2023 | NO | NO | 8159 |
| 3VWPG31Y58M401646 | $24,055.00 | | 2008 VOLKSWAGEN BEETLE | $6.02 | $0.32 | $0.00 | $0.00 | 04/23/2008 | 05/01/2023 | NO | NO | 8201 |
| 3VWRA71K89M017522 | $21,795.00 | | 2009 VOLKSWAGEN JETTA | $5.45 | $0.32 | $0.00 | $0.00 | 09/05/2008 | 10/01/2023 | NO | NO | 9023 |
| 3VWRG31C58M501937 | $18,816.00 | | 2008 VOLKSWAGEN BEETLE | $4.71 | $0.32 | $0.00 | $0.00 | 01/23/2008 | 02/01/2023 | NO | NO | 8001 |
| 3VWRG31Y48M408659 | $25,252.00 | | 2008 VOLKSWAGEN BEETLE | $6.31 | $0.32 | $0.00 | $0.00 | 06/30/2008 | 07/01/2023 | NO | NO | 8224 |
| 3VWRG31YX8M402445 | $25,772.00 | | 2008 VOLKSWAGEN BEETLE | $6.44 | $0.32 | $0.00 | $0.00 | 07/07/2008 | 08/01/2023 | NO | NO | 8227 |
| WVWDB71K88W255203 | $19,576.00 | | 2008 VOLKSWAGEN RABBIT | $4.90 | $0.32 | $0.00 | $0.00 | 09/16/2008 | 10/01/2023 | NO | NO | 8246 |
| WVWDB71KX8W226169 | $19,576.00 | | 2008 VOLKSWAGEN RABBIT | $4.90 | $0.32 | $0.00 | $0.00 | 03/20/2008 | 04/01/2023 | NO | NO | 8182 |
| **USED** | **$191,336.00** | **17** | | **$47.84** | **$4.76** | **$0.00** | **$0.00** | | | | | |
| 1C3EL45X64N116603 | $6,240.00 | | 2004 CHRYSLER SEBRING | $1.56 | $0.28 | $0.00 | $0.00 | 09/26/2008 | 10/01/2023 | NO | NO | A1005 |
| 1FAFP31N06W233647 | $9,000.00 | | 2006 FORD FOCUS | $2.25 | $0.28 | $0.00 | $0.00 | 08/28/2008 | 09/01/2023 | NO | NO | A1008 |
| 1YVFP80C765M62382 | $12,750.00 | | 2006 MAZDA MAZDA6 | $3.19 | $0.28 | $0.00 | $0.00 | 08/19/2008 | 09/01/2023 | NO | NO | A1017 |
| 3A4FY58B66T278297 | $8,630.00 | | 2006 CHRYSLER PT CRUISER | $2.16 | $0.28 | $0.00 | $0.00 | 08/20/2008 | 09/01/2023 | NO | NO | A1019 |
| 3FAFP37N85R132851 | $8,020.00 | | 2005 FORD FOCUS | $2.00 | $0.28 | $0.00 | $0.00 | 09/16/2008 | 10/01/2023 | NO | NO | A1035 |
| 3VWCP21C73M443029 | $10,900.00 | | 2003 VOLKSWAGEN BEETLE | $2.72 | $0.28 | $0.00 | $0.00 | 11/19/2008 | 12/01/2023 | NO | NO | A1076 |
| 3VWRG71K55M637866 | $9,000.00 | | 2005 VOLKSWAGEN JETTA | $2.25 | $0.28 | $0.00 | $0.00 | 02/10/2009 | 03/01/2024 | NO | NO | A1092A |
| 3VWRK69MX3M063843 | $7,900.00 | | 2003 VOLKSWAGEN JETTA | $1.98 | $0.28 | $0.00 | $0.00 | 10/23/2008 | 11/01/2023 | NO | NO | A1052 |
| 3VWSE69M33M104631 | $7,740.00 | | 2003 VOLKSWAGEN JETTA | $1.93 | $0.28 | $0.00 | $0.00 | 10/10/2008 | 11/01/2023 | NO | NO | A1056 |
| 5TEGN92N04Z446099 | $15,232.00 | | 2004 TOYOTA TACOMA | $3.80 | $0.28 | $0.00 | $0.00 | 08/26/2008 | 09/01/2023 | NO | NO | A1006 |
| JHMCN36485C013562 | $19,010.00 | | 2005 HONDA ACCORD HYBRID | $4.75 | $0.28 | $0.00 | $0.00 | 09/12/2008 | 10/01/2023 | NO | NO | A939 |
| JM1BK12G771682866 | $13,540.00 | | 2007 MAZDA MAZDA3 | $3.39 | $0.28 | $0.00 | $0.00 | 10/03/2008 | 11/01/2023 | NO | NO | A1059 |
| JM1BK32G871745694 | $11,700.00 | | 2007 MAZDA MAZDA3 | $2.93 | $0.28 | $0.00 | $0.00 | 09/26/2008 | 10/01/2023 | NO | NO | A1060 |
| JM1BK343151333284 | $13,117.00 | | 2005 MAZDA MAZDA3 | $3.28 | $0.28 | $0.00 | $0.00 | 09/12/2008 | 10/01/2023 | NO | NO | A1046 |
| JM1GG12L461106347 | $18,260.00 | | 2006 MAZDA MAZDASPEED6 | $4.57 | $0.28 | $0.00 | $0.00 | 08/19/2008 | 09/01/2023 | NO | NO | A1018 |
| KNADE123966087626 | $7,897.00 | | 2006 KIA MOTORS RIO | $1.98 | $0.28 | $0.00 | $0.00 | 07/02/2008 | 08/01/2023 | NO | NO | A961 |
| WMWRE33483TD60032 | $12,400.00 | | 2003 BMW MINI COOPER | $3.10 | $0.28 | $0.00 | $0.00 | 01/08/2009 | 02/01/2024 | NO | NO | A1085 |
| **RDPP** | **$29,646.00** | **1** | | **$7.00** | **$0.28** | **$0.00** | **$0.00** | | | | | |
| JM3ER29L080201291 | $29,646.00 | | 2008 MAZDA CX-7 | $7.00 | $0.28 | $0.00 | $0.00 | 05/04/2009 | 07/01/2009 | NO | NO | 8046 |
| **DEMO** | **$39,537.00** | **3** | | **$9.32** | **$0.84** | **$0.00** | **$0.00** | | | | | |
| 1GCFG15X841100154 | $4,800.00 | | 2004 CHEVROLET EXPRESS VAN | $1.13 | $0.28 | $0.00 | $0.00 | 03/19/2008 | 04/01/2023 | NO | NO | A249 |
| JM1FE173860204829 | $30,137.00 | | 2006 MAZDA RX-8 | $7.11 | $0.28 | $0.00 | $0.00 | 03/19/2008 | 04/01/2023 | NO | NO | 6001 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JM3LW28A830338388 | $4,600.00 | | 2003 MAZDA MPV | $1.08 | $0.28 | $0.00 | $0.00 | 03/19/2008 | 04/01/2023 | NO | NO | 7669 |
| **SVL** | **$21,519.00** | **1** | | **$5.08** | **$0.28** | **$0.00** | **$0.00** | | | | | |
| 3VWRZ71K38M122007 | $21,519.00 | | 2008 VOLKSWAGEN JETTA | $5.08 | $0.28 | $0.00 | $0.00 | 11/11/2008 | 12/01/2023 | NO | NO | 8108 |

**Exhibit B**

Case5:09-cv-02341-PVT Document11 Filed06/17/09 Page12 of 17

Y0AA03

PAGE 1

# 2009 DEALER FINANCIAL STATEMENT

mazda

Dealer # 1

Region/District

Sales District # 1

Covering Period From JAN 2009 thru MAR 2009

Dealer GILROY VOLKSWAGEN MAZDA

City GILROY State CA 95020

Makes Other Than Mazda

| Assets | Acct. No. | Amount | Line No. | Liabilities | Acct. No. | Amount |
|---|---|---|---|---|---|---|
| [illegible] | | | 1 | [illegible] | 2000 | |
| In Bank and on Hand | | 29360 | 2 | Vendors | 2005 | -22894 |
| Contracts in Transit | 1020 | 51510 | 3 | Customer Deposits | 2007 | 13049 |
| Total Cash & Contracts | | 80870 | 4 | Vehicle Lien Payoff | 2010 | 2943 |
| [illegible] | | | 5 | Other | | -6903 |
| Vehicle Accounts | 1110 | 4363 | 6 | Total Accounts Payable | | |
| Service, Parts & Body Shop | 1120 | 37481 | 7 | [illegible] | 2106 | 1781250 |
| Other Customer Accounts | 1130 | | 8 | New Vehicles & Demonstrators | 2110 | 334346 |
| Total Customer Receivables | | 41844 | 9 | Used Vehicles | 2116 | 16784 |
| Less: Allowance for Doubtful Accounts | 1190 | | 10 | Other | 2117 | |
| Net Customer Receivables | | 41844 | 11 | Current Amount - Long Term Debt | | 2132350 |
| Finance & Insurance Co. Receivables | 1133 | 4805 | 12 | Total Notes Payable | | |
| Other Factory Receivables | 1136 | 87435 | 13 | [illegible] | 2120 | |
| Incentives - Mazda | 1137 | | 14 | Interest | 2130 | -6015 |
| Incentives - Other | 1138 | | 15 | Payroll | 2140 | |
| Mazda Retail Program | 1139 | | 16 | Insurance | 2150 | |
| Warranty Claims Receivable - Mazda | 1140 | | 17 | Taxes - Payroll | 2160 | 81111 |
| Warranty Claims Receivable - Other | 1141 | 14496 | 18 | Taxes - Sales | 2170 | 807 |
| Transportation Claims Receivable | 1150 | | 19 | Taxes - Other | 2175 | |
| Pre-Delivery Inspection | 1160 | -1576 | 20 | Income Taxes - Prior Year | 2177 | |
| Total Receivables | | 147004 | 21 | Income Taxes - Current Year | 2180 | |
| [illegible] | | | 22 | Bonuses - Employees | 2185 | |
| Demonstrators - Mazda ( )( ) | 1200 | | 23 | Bonuses - Owners | 2190 | |
| Demonstrators - Other ( )( ) | 1210 | | 24 | Pension Fund | 2194 | |
| New Mazda ( 31 )( ) | 1220 | 647132 | 25 | Other | 2196 | |
| New Other ( 41 )( ) | 1230 | 943478 | 26 | Reserve for Repossession Losses | | 76003 |
| Subtotal New & Demo Inventory | | 1590610 | 27 | Total Accrued Liabilities | | 2201450 |
| LIFO Reserve - New Vehicles | 1235 | | 28 | Total Current Liabilities | | |
| Net New & Demo Inventory | | 1590610 | 29 | [illegible] | 2300 | 17175 |
| Mazda Used Vehicles ( ) | 1241 | | 30 | Long Term Debt | 2310 | |
| Other Used Vehicles ( 30 ) | 1242 | 352477 | 31 | Mortgages Payable - Real Estate | 2320 | |
| Mazda Certified Pre-Owned ( ) | 1243 | | 32 | Leases & Rental Vehicles | 2330 | |
| LIFO Reserve - Used Vehicles | 1245 | | 33 | Notes - Officers / Owners | | 17175 |
| Net Used Inventory | | 352477 | 34 | Total Long Term Debt | | 2218625 |
| Parts & Accessories - Mazda | 1250 | 26765 | 35 | Total Liabilities | | |
| Parts & Accessories - Other | 1260 | 507303 | 36 | [illegible] | | |
| Subtotal Parts & Accessories | | 534068 | 37 | [illegible] | | |
| Tires | 1264 | | 38 | [illegible] | | |
| LIFO Reserve - Parts & Accessories | 1265 | | 39 | [illegible] | | |
| Net Parts & Accessories | | 534068 | 40 | [illegible] | | |
| Gas, Oil & Grease | 1270 | 3900 | 41 | [illegible] | 3900 | |
| Paint & Body Shop Materials | 1272 | | 42 | Preferred Stock | 3901 | 1483000 |
| Sublet Repairs | 1275 | -100 | 43 | Common Stock | 3902 | |
| Work in Process - Labor | 1277 | 9698 | 44 | Treasury Stock | 3905 | |
| Miscellaneous Inventories | 1280 | -3090 | 45 | Additional Paid in Capital | 3910 | -594306 |
| Total Inventories | | 2487563 | 46 | Retained Earnings | 3920 | |
| [illegible] | | | 47 | Dividends | | |
| [illegible] | 1300 | | 48 | [illegible] | 3930 | |
| Securities | 1390 | 48124 | 49 | Investments | | |
| Prepaid Expenses | | 48124 | 50 | | 3940 | |
| Total Other Current Assets | | 2763561 | 51 | Drawings | | |
| Total Current Assets | 1400 | | 52 | | | |
| Lease and Rental Units ( ) | 1401 | | 53 | | | |
| LAR Accumulated Depreciation | | | 54 | | | |
| [illegible] | | | 55 | | | |

Memo: New Vehicles ___ Used Vehicles ___ Parts ___ Total ___

| Line No. | Fixed Assets — Cost | Amount | Month | New Retail | New Fleet | Used Retail | Used Wholesale | Profit (or Loss) |
|---|---|---|---|---|---|---|---|---|
| 56 | | | | | | | | |
| 57 | | | JAN | 11 | 4 | 14 | 6 | -66404 |
| 58 | 225805 | 225805 | FEB | 7 | 1 | 8 | 6 | -110930 |
| 59 | | | MAR | 4 | 1 | 6 | 3 | -92984 |
| 60 | 101659 | 101659 | APR | | | | | |
| 61 | 9500 | 9500 | MAY | | | | | |
| 62 | 51685 | 51685 | JUN | | | | | |
| 63 | | | JUL | | | | | |
| 64 | Total 388649 | 388649 | AUG | | | | | |
| 65 | Mazda - Service Units Cost ( )( ) | | SEP | | | | | |
| 66 | | | OCT | | | | | |
| 67 | | 36343 | NOV | | | | | |
| 68 | | | DEC | | | | | |
| 69 | | | Total Units | 22 | 6 | 28 | 15 | |

| Other Assets | Acct. No. | Amount | Line No. | Liabilities & Net Worth | Acct. No. | Amount |
|---|---|---|---|---|---|---|
| Deposits | 1800 | | 68 | | | |
| Life Insurance - Cash Value | 1820 | | 69 | | | -270318 |
| Notes and Accounts Receivable - Officers | 1830 | -373507 | 70 | Profit or (Loss) Before Taxes | | |
| Advances to Employees | 1840 | 21955 | 71 | Estimated Income Tax | 3910 | -270318 |
| Other Assets & Investments | 1850 | | 72 | Net Income or (Loss) After Taxes | | 618376 |
| Other Notes & Accounts Receivable | 1870 | -315209 | 73 | Total Net Worth | | 2837001 |
| Total Other Assets | | 2837001 | 74 | Total Liabilities & Net Worth | | |
| Total Assets | | | | | | |

OMIT CENTS

04/09/2009 [illegible]

Apr 30 2009 2:46PM

4088421461

p.1

Case5:09-cv-02341-PVT Document11 Filed06/17/09 Page13 of 17

| Line | Name of Account | Acct No. | Total Income and Expense – Month | % | Total Income and Expense – Year to Date | % | New Vehicle Department – Month | New Vehicle Department – Year to Date |
|---|---|---|---|---|---|---|---|---|
| 1 | NET SALES | | 271745 | | 1211072 | | 120928 | 628120 |
| 2 | [illegible] | | 49943 | 18.38 | 167865 | 13.86 | 10083 | 34802 |
| 3 | | | | | | | | |
| 4 | Compensation - Vehicle Salespeople | | 3533 | 707 | 17971 | 442 | 1462 | 2740 |
| 5 | Floor Plan Interest | | 10657 | 2131 | 38331 | 1369 | 8600 | 30833 |
| 6 | Floor Plan (Allowances) | | | | | | | |
| 7 | [illegible] | | | | | | | |
| 8 | Advertising - Media | | 38008 | 7602 | 48809 | 1743 | 18615 | 20510 |
| 9 | Advertising - Media (Allowances) | | | | | | | |
| 10 | Advertising - Other | | | | | | | |
| 11 | Advertising - Other (Allowances) | | | | | | | |
| 12 | Policy Adjustments - Vehicles | | 17 | 3 | 18 | 1 | | |
| 13 | PDI & Vehicle Maintenance Expense | | 36 | 7 | 60 | 2 | 28 | 28 |
| 14 | TOTAL VARIABLE SELLING EXPENSE | | 52251 | 10450 | 105189 | 3757 | 28705 | 61111 |
| 15 | | | | | | | | |
| 16 | Salaries - Owners | 5100 | 6000 | 1201 | 30000 | 1797 | 1500 | 7500 |
| 17 | Salaries - Supervision | 5110 | 8000 | 1602 | 39600 | 2359 | 2750 | 13750 |
| 18 | Salaries - Clerical | 5120 | 2552 | 511 | 13488 | 803 | 638 | 3371 |
| 19 | Other Salaries and Wages | 5130 | 4746 | 950 | 40204 | 2395 | 1373 | 9219 |
| 20 | Absorbed Wages - Productive Personnel | 5140 | | | 3008 | 179 | | |
| 21 | Taxes - Payroll | 5150 | 2712 | 543 | 18320 | 1091 | 678 | 4580 |
| 22 | Employee Benefits | 5160 | 5560 | 1113 | 20299 | 1209 | 1908 | 6522 |
| 23 | Workmen's Compensation | 5170 | 2147 | 430 | 4279 | 255 | 537 | 1070 |
| 24 | Pension Fund | 5180 | | | | | | |
| 25 | TOTAL PERSONNEL EXPENSE | | 31717 | 6351 | 169195 | 10079 | 9384 | 46012 |
| 26 | Company Car Expense | 5200 | 746 | 149 | 3336 | 199 | 24 | 534 |
| 27 | Office Supplies & Expenses | 5210 | 1011 | 202 | 2801 | 167 | 284 | 830 |
| 28 | Other Supplies | 5220 | 397 | 79 | 1383 | 82 | 98 | 439 |
| 29 | Uniforms & Laundry | 5230 | 1469 | 294 | 2927 | 174 | 320 | 560 |
| 30 | [illegible] | 5240 | | | | | | |
| 31 | Outside Services | 5250 | | | | | | |
| 32 | Travel and Entertainment | 5260 | 20 | 4 | 20 | 1 | 5 | 3 |
| 33 | Memberships, Dues and Publications | 5270 | 396 | 79 | 1186 | 71 | 198 | 593 |
| 34 | Legal and Auditing Expense | 5280 | 363 | 73 | 403 | 24 | 91 | 101 |
| 35 | Telephone and FAX | 5290 | 1618 | 324 | 4413 | 263 | 439 | 1155 |
| 36 | Training Expense | 5300 | 520 | 104 | 1682 | 100 | 260 | 781 |
| 37 | Data Processing Expense | 5310 | 8095 | 1621 | 19723 | 1175 | 1810 | 4342 |
| 38 | [illegible] | 5320 | | | | | | |
| 39 | [illegible] | 5330 | 265 | 53 | 2703 | 161 | | |
| 40 | Freight & Express | 5340 | 1155 | 231 | 3254 | 194 | 68 | 94 |
| 41 | Miscellaneous | 5350 | 459 | 92 | 459 | 27 | 459 | -459 |
| 42 | [illegible] | 5390 | 32067 | 6421 | 33986 | 2025 | | |
| 43 | TOTAL SEMI-FIXED EXPENSE | | 48581 | 9727 | 78278 | 4663 | 4056 | 9893 |
| 44 | Rent | 5400 | | | 58000 | 3455 | | 14500 |
| 45 | Amortization - Leaseholds | 5410 | 1938 | 387 | 5807 | 346 | 484 | 1452 |
| 46 | Repairs & Maintenance - Real Estate | 5420 | 371 | 74 | 977 | 58 | 371 | 977 |
| 47 | Depreciation - Buildings and Improvements | 5430 | 923 | 185 | 2065 | 171 | 231 | 716 |
| 48 | Taxes - Real Estate | 5440 | | | | | | |
| 49 | Insurance - Buildings and Improvements | 5450 | | | | | | |
| 50 | Interest Real Estate Mortgage | 5460 | | | | | | |
| 51 | Heat, Light, Power and Water | 5470 | 3072 | 615 | 9815 | 585 | 768 | 2454 |
| 52 | SUBTOTAL-OCCUPANCY | | 6301 | 1262 | 77464 | 4615 | 1854 | 20099 |
| 53 | Insurance - Other | 5480 | 1250 | 250 | 4486 | 267 | 886 | 3244 |
| 54 | Taxes - Other | 5490 | 1095 | 219 | 1885 | 112 | 274 | 421 |
| 55 | Repairs & Maintenance - Equipment | 5500 | | | 102 | 6 | | 13 |
| 56 | Depreciation - Equipment | 5510 | | | | | | |
| 57 | Equipment Rental | 5520 | 40 | 8 | 120 | 7 | 20 | 60 |
| 58 | TOTAL FIXED EXPENSE | | 8686 | 1739 | 84057 | 5007 | 3034 | 23837 |
| 59 | TOTAL FIXED OVERHEAD | | 88984 | 17817 | 331528 | 19749 | 16474 | 79742 |
| 60 | TOTAL OPERATING EXPENSE | | 141235 | 28279 | 436717 | 26015 | 45179 | 140853 |
| 61 | OPERATING NET PROFIT OR (LOSS) | | -91292 | 18279 | -268848 | 16015 | -35096 | -106051 |
| 62 | NET ADDITIONS OR DEDUCTIONS | | -1692 | 339 | -1479 | | | |
| 63 | NET PROFIT - BEFORE BONUSES & INC. TAX | | -92984 | 18618 | -270318 | | | |
| 64 | BONUSES - EMPLOYEES / OFFICERS | | | | | | | |
| 65 | NET PROFIT OR (LOSS) - BEFORE INCOME TAXES | | -92984 | 18618 | -270318 | | | |
| 66 | INCOME TAXES | 6180 | | | | | | |
| 67 | NET PROFIT OR (LOSS) AFTER TAXES | | -92984 | 18618 | -270318 | | | |

| Department | | | | | | |
|---|---|---|---|---|---|---|
| NEW VEHICLE DEPARTMENT (1) | 10083 | 48179 | -38096 | 34802 | 140853 | -106051 |
| USED VEHICLE DEPARTMENT (2) | 1974 | 38049 | -36075 | 20809 | 120803 | -99994 |
| SERVICE DEPARTMENT (3) | 23097 | 38140 | -15043 | 69042 | 115050 | -46008 |
| PARTS AND ACCESS. DEPARTMENT (4) | 14789 | 18967 | -4178 | 43216 | 60011 | -16795 |
| BODY SHOP DEPARTMENT (5) | | | | | | |

OMIT CENTS

Apr 30 2009 2:47PM GILROY VW MAZDA 4088421461 p.2

# GROSS PROFIT ANALYSIS

PAGE 5

| Acct No. | Service, Parts & Access., Body Shop | Current Month: R.O. Count | Current Month: Sales | Current Month: Gross Profit | Current Month: % Gross | Year-to-Date: R.O. Count | Year-to-Date: Sales | Year-to-Date: Gross Profit | Year-to-Date: % Gross |
|---|---|---|---|---|---|---|---|---|---|
| 3400 | Customer Labor Mech. - Mazda | 39 | 7781 | 5945 | 764 | 100 | 14776 | 11225 | 760 |
| 3420 | Warranty Claim Labor - Mazda | 11 | 1093 | 883 | 808 | 30 | 2664 | 2131 | 800 |
| 3430 | Internal Labor - Mazda | | | | | 7 | 533 | 355 | 666 |
| | SUB TOTAL - MAZDA | 50 | 8874 | 6828 | 769 | 137 | 17973 | 13711 | 763 |
| 3401 | Customer Labor Mech. - Other | 92 | 14771 | 11230 | 760 | 241 | 54640 | 41864 | 766 |
| 3421 | Warranty Claim Labor - Other | 24 | 5812 | 4309 | 741 | 106 | 16237 | 11912 | 734 |
| 3431 | Internal Labor - Other | 1 | 55 | 41 | 745 | 6 | 516 | 383 | 742 |
| | SUB TOTAL - OTHER | 117 | 20638 | 15580 | 755 | 353 | 71393 | 54159 | 759 |
| 3432 | Express Change | | | | | | | | |
| | Other Shop Labor | | | | | | | | |
| 3440 | Sublet Repairs | | 1561 | 95 | 61 | | 5931 | -397 | -67 |
| 3450 | Gas, Oil & Grease | | 594 | 594 | 1000 | | 1579 | 1569 | 994 |
| 4400 | Adjustments Cost of Sales - Labor | | | | | | | | |
| | TOTAL SERVICE DEPT. | [illegible] | 31667 | 23097 | 729 | 490 | 96876 | 69042 | 713 |
| 3500 | P & A - R.O. Mech. - Mazda | | 5178 | 1943 | 375 | | 11371 | 4438 | 390 |
| 3510 | P & A - R.O. Body - Mazda | | | | | | | | |
| 3520 | P & A - Warranty Claim - Mazda | | | | | | | | |
| 3530 | P & A - Internal - Mazda | | | | | | 941 | 291 | 309 |
| 3540 | P & A - Counter - Mazda | | 1661 | 611 | 368 | 42 | 4036 | 1649 | 409 |
| 3550 | P & A - Wholesale - Mazda | | 2535 | 625 | 247 | 72 | 9002 | 2253 | 250 |
| 4560 | P & A - Purchase Discount - Mazda | | | | | | | | |
| 4570 | P & A - Inventory Adjustments - Mazda | | | | | | | | |
| 3580 | P & A Tires - Mazda | | | | | | | | |
| | TOTAL PARTS & ACCESS. - MAZDA | | 9374 | 3179 | 339 | 114 | 25350 | 8631 | 340 |
| 3501 | P & A - R.O. Mech. - Other | | 10118 | 4693 | 464 | | 37216 | 17635 | 474 |
| 3511 | P & A - R.O. Body - Other | | | | | | | | |
| 3521 | P & A - Warranty Claim - Other | | 13749 | 5094 | 370 | | 25056 | 9107 | 363 |
| 3531 | P & A - Internal - Other | | 130 | 39 | 300 | | 130 | 39 | 300 |
| 3541 | P & A - Counter - Other | | 1632 | 642 | 393 | 179 | 10130 | 3940 | 389 |
| 3551 | P & A - Wholesale - Other | | 4226 | 1133 | 268 | 119 | 13808 | 3739 | 271 |
| 4561 | P & A - Purchase Discount - Other | | | | | | | | |
| 4571 | P & A - Inventory Adjustments - Other | | | -9 | | | | -125 | |
| 3581 | P & A - Tires - Other | | | | | | | | |
| | TOTAL PARTS & ACCESS. - OTHER | | 29855 | 11610 | 389 | 297 | 86340 | 34585 | 401 |
| 4600 | UPD Adjustments - P & A | | | | | | | | |
| | TOTAL PARTS & ACCESS. DEPT. | | 39229 | 14789 | 377 | | 111690 | 43216 | 387 |
| 3600 | Customer Body Shop Labor | | | | | | | | |
| 3620 | Warranty Claim Body Shop Labor | | | | | | | | |
| 3630 | Internal Body Shop Labor | | | | | | | | |
| | TOTAL LABOR - BODY SHOP | | | | | | | | |
| 3640 | Sublet Repairs - Body Shop | | | | | | | | |
| 3650 | Body Shop Materials | | | | | | | | |
| 4670 | Adjustments Cost of Labor Sales - Body Shop | | | | | | | | |
| | TOTAL BODY SHOP DEPT. | | | | | | | | |
| | TOTAL ALL DEPTS. | | 271745 | 49943 | 184 | | 1211072 | 167869 | 139 |

| Acct No. | STATEMENT CYCLE | | | | |
|---|---|---|---|---|---|
| 8900 | Technician Hours Available - Mazda | | | | |
| 8901 | Technician Hours Available - Other | | | | |
| 8910 | Technician Hours Actual - Mazda | | | | |
| 8911 | Technician Hours Actual - Other | | | | |
| 8920 | Flat Rate Hours - Mazda | | | | |
| 8921 | Flat Rate Hours - Other | | | | |
| 8930 | Vehicle Attendance Count - Mazda | | | | |
| 8931 | Vehicle Attendance Count - Other | | | | |
| 3940 | Owed to Purchase Dollars | | | | |
| 3950 | Lost Sales Dollars | | | | |
| 1900 | Dealers Parts System Inv. Value | | | | |
| 1910 | Parts Inventory Value No Sales in 1 Mos | | | | |
| 1920 | Parts Inventory Value No Sales in 12 Mos | | | | |
| 1930 | Number of Part Numbers on Dealer Stock | | | | |
| 1940 | Number of Part Numbers in Dealer System | | | | |
| 1950 | Date and Mazda Parts Inventory | | | | |

OMIT CENTS

01/09/2009

| | | | | | |
|---|---|---|---|---|---|
| 3533 | 17971 | 3533 | 17971 | | |
| 10657 | 38331 | 10657 | 38331 | | |
| 38008 | 48809 | 38008 | 48809 | | |
| 17 | 18 | 17 | 18 | | |
| 36 | 60 | 36 | 60 | | |
| 52251 | 105189 | 52251 | 105189 | | |
| 6000 | 30000 | 6000 | 30000 | | |
| 8000 | 39600 | 8000 | 39600 | | |
| 2552 | 13485 | 2552 | 13495 | | |
| 4746 | 40204 | 4746 | 40204 | | |
| 10419 | 45906 | 10419 | 45906 | | |
| 31717 | 169195 | 31717 | 169195 | 21876 | 36582 |
| 48581 | 78276 | 26705 | 41694 | | |
| | 58000 | | 58000 | | |
| 8686 | 84057 | 8686 | 84057 | 21876 | 36582 |
| 141295 | 436717 | 119059 | 400135 | | |

| | | | | |
|---|---|---|---|---|
| 113615 | 95367 | 445 | 8874 | 9374 |
| 1892916.1 | 78778.3 | 3291997.5 | 692876.9 | 317993.9 |
| 11935951.2 | 3018384.7 | -32474 | 3222772.0 | 1603004.2 |
| -10103038.9 | -3030641.8 | 68921 | -2529986.2 | -1285197.1 |
| 144975 | 25561 | 49077.1 | 20638 | 29855 |
| 3490323.7 | 22068.6 | 603322.9 | 1558075.5 | 1161038.9 |
| 2187663.8 | 699817.2 | -11261.6 | 590737.9 | 293825.5 |
| 124278.6 | -479218.7 | 11000 | 967346.9 | 867229.0 |
| 13155 | | -337830.7 | 2155 | |
| -268920.4 | | -337830.7 | 68932.0 | |
| -268920.4 | | 79921 | 68932.0 | 39229 |
| 271745 | 120928 | 19742.5 | 31667 | 1478937.7 |
| 4994318.4 | 100838.3 | 3995273.3 | 2309772.9 | 1096929.3 |
| 14123592.8 | 4518148.1 | -3697046.3 | 3813465.1 | -417910.7 |
| -9129283.6 | -3509829.0 | | -1503747.5 | |

| | | | | |
|---|---|---|---|---|
| 305192 | 161969 | 3060 | 17973 | 25350 |
| 446088.8 | 192064.2 | 11067736.9 | 1371176.3 | 863134.0 |
| 40013897.0 | 12984471.2 | -107617 | 10539668.7 | 5497997.0 |
| -35552770.4 | -10983823.8 | 312777 | -9168510.1 | -4634882.8 |
| 637070 | 166560 | 210776.7 | 71893 | 86340 |
| 12541719.7 | 155969.4 | 1011988.0 | 5415975.9 | 3458540.1 |
| 3658229.2 | 1179875.6 | 109583.5 | 963617.8 | 502614.5 |
| 8883513.9 | 37982.3 | 61300 | 4452362.4 | 2955934.0 |
| 68810 | | -3328 -5.4 | 7510 | |
| -2156 -3.1 | | -3328 -5.4 | 117215.6 | |
| -2156 -3.1 | | 374077 | 117215.6 | 111690 |
| 1211072 | 628429 | 209095.6 | 96876 | 4321698.7 |
| 16786813.9 | 349025.5 | 12079680.5 | 6904271.3 | 6000538.8 |
| 43671760.2 | 14084204.7 | -9998726.7 | 11503266.6 | -1678915.0 |
| -26884822.2 | -10604016.9 | | -4599047.3 | |

| | | | |
|---|---|---|---|
| -1492 | -0.6 | -1470 | -0.1 |
| -92984 | -34.2 | -270318 | -22.3 |
| -92984 | -34.2 | -270318 | -22.3 |
| -92984 | -34.2 | -270318 | -22.3 |

Net Additions & Deductions; Motor Brands Retail Program; Net Profit Before Income Tax/Bonus; Bonus - Employees / Officers; Net Profit Before Income Tax; Income Taxes; Net Profit or (Loss) After Taxes

GUIDELINES for BRAND EXPENSE ALLOCATION:

1) Variable Selling Expenses (lines 4 to 13) - Actual expenses should be tracked and charged by brand.
2) Personnel Expenses (line 20) - Account Expenses on line 19 should be allocated as a % of Brand's Salaries vs. Other Brands's Salaries (sum of line 15 - 18).
3) Semi-Fixed Expenses (line 21) - Expenses should be allocated 50% on % of New Retail Units sold by each brand and 50% on RO counts in [illegible] by each brand.
4) Fixed Expenses (line 23) - Fixed Expenses (excluding Rent) should be allocated as a % of Brand's Rent vs. Other Brands' Rent.

1) New Vehicle Dept. - Vehicle Other than Car or Truck, Aftermarket - New Vehicles, Gain or Loss due to [illegible], LIFO Adjustments - New Vehicle (page 4, Line 38, 38-[illegible]).
2) Used Vehicle Dept. - Adjustments - Used Veh. Inv., Aftermarket - Used Vehicles, LIFO Adjustments - Used Vehicles (page 4, line [illegible]).
3) Service Department - Express Charge, Other Shop Labor, Bulk It Repairs, Gas, Oil & Grease, Adjustments Cost of Sales - Labor (page 6, line [illegible]).
4) Parts Department - All accounts related to Body Shop Business (page 6, line 37-38, 41-43).

* Already included in the Non-Brand Specific Sales and Operating Income [illegible]