DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

*IT IS SO ORDERED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GILROY AUTOMOTIVE GROUP, INC., a California corporation; DENNIS MARSHALL, an individual; KIRBY L. MARSHALL, an individual; LORRAINE MARSHALL, an individual; GREG MCKENNA, an individual,<br><br>Defendants. | Case No.: 5:09-cv-2341-PVT<br><br>**STIPULATION TO EXTEND TIME FOR DENNIS MARSHALL TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>Date:    No hearing pending<br>Time:<br>Dept:   Courtroom 5, 4th Floor<br>Judge:  Hon. Patricia V. Trumbull<br>Complaint Filed: May 27, 2009<br>Trial Date:     None Set |

Plaintiff, Ford Motor Credit Company LLC, and defendant, Dennis Marshall ("Marshall"), through their respective counsel, hereby stipulate pursuant to Local Rule 6-1(a) to

///

///

///

///

1 | extend the time within which defendant, Marshall, must file a responsive pleading to the complaint
2 | on file in this matter. Marshall was served with the Summons and Complaint in this matter on June
3 | 4, 2009. A responsive pleading is currently due on or before June 24, 2009. The parties hereby
4 | stipulate that Marshall has up to and including August 24, 2009 to file any such responsive pleading.
5 |
6 | **SO STIPULATED:**
7 |
8 | DATED: June 15, 2009
9 |
10 | _____
    DENNIS MARSHALL
11 |
12 |
13 | DATED: June 15, 2009        SEVERSON & WERSON
                                  A Professional Corporation
14 |
15 |                              By: __/S/ (Donald H. Cram)__
                                       Donald H. Cram
16 |
17 |                              Attorneys for Plaintiff
                                  FORD MOTOR CREDIT COMPANY LLC
18 | I hereby attest that I have on file all holograph
     signatures for any signatures indicated by a
19 | "conformed" signature (/S/) within this efiled
     document.

10872/0154/737054.1     -2-     STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT
Case No.: 5:09-cv-2341-PVT