**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                                    IN THE UNITED STATES DISTRICT COURT

8                                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                                SAN JOSE DIVISION

10   Ford Motor Credit Co., LLC,                        NO. C 09-02341 JW

11                          Plaintiff,           **ORDER REQUESTING SUPPLEMENTAL
                 v.                              BRIEFING RE. PLAINTIFF'S MOTION**
12                                               **FOR SUMMARY JUDGMENT**
     Gilroy Auto. Group, Inc., et al.,
13
                            Defendants.
14   _____/

15          This case is scheduled for a hearing on Plaintiff's Motion for Summary Judgment or, in the

16   Alternative, for Partial Summary Judgment on October 18, 2010.  (Docket Item No. 93.)  Upon

17   review of Plaintiff's submissions in support of its request for damages relating to "interest and flat

18   charges under the Wholesale Agreement through 8/23/10," the Court finds that they are insufficient.

19   In particular, Plaintiff fails to properly show how it arrived at the $47,234.97 sought, what interest

20   rate(s) it applied to which loans, and what "flat charges" it seeks.  Plaintiff also failed to provide

21   documentation establishing its entitlement, if any, to these damages.  Accordingly, on or before

22   **October 5, 2010**, Plaintiff shall submit a Supplemental Brief detailing its calculations.  Each

23   calculation shall reference the relevant exhibit.

24
25   Dated:  October 1, 2010

26                                               JAMES WARE
                                                 United States District Judge
27
28

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Andrew S. Elliott ase@severson.com
    Donald Hogan Cram dhc@severson.com

3   Douglas William Oldfield doldfield@oldfieldcreely.com
    Duane M. Geck dmg@severson.com

4   Eleanor Morris Miller Roman emr@severson.com
    Michael T. Morrissey morrisseylaw02@aol.com

5   Michael T. Morrissey morrisseylaw02@aol.com
    Robert Alan Machado ram730@aol.com

6

7

8   **Dated:  October 1, 2010**                         **Richard W. Wieking, Clerk**

9

10                                                       **By:    /s/ JW Chambers**

11                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California