IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ford Motor Credit Co., LLC, | NO. C 09-02341 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Gilroy Auto. Group, Inc., et al., | |
| Defendants. | |

Pursuant to the Court's October 19, 2010 Order Granting Plaintiff's Motion for Summary Judgment as to Plaintiff's First and Fifth Causes of Action for Breach of Contract and Breach of Guaranty and the Court's November 4, 2010 Order Granting Plaintiff's Motion for Attorney Fees and Costs; Denying Plaintiff's Motion for Default Judgment as Moot, judgment is entered in favor of Plaintiff Ford Motor Credit Co., LLC and against Gilroy Auto. Group, Inc., Dennis Marshall, Kirby Marshall, Lorraine Marshall, and Greg McKenna ("Defendants").

Judgment is entered against Defendants jointly and severally in the amount of $381,269.93, which consists of: (1) $15,232.00 in connection with an unpaid loan on a 2004 Toyota Tacoma; (2) $281,483.56 in connection with unpaid loans on 90 other vehicles; and (3) $22,672.04 in connection with interest and flat charges due under the parties' Wholesale Agreement; and (4) $61,882.33 in attorney fees and costs.

The Clerk shall close the file.

Dated: November 4, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew S. Elliott ase@severson.com
Donald Hogan Cram dhc@severson.com
Douglas William Oldfield doldfield@oldfieldcreely.com
Duane M. Geck dmg@severson.com
Eleanor Morris Miller Roman emr@severson.com
Michael T. Morrissey morrisseylaw02@aol.com
Robert Alan Machado ram730@aol.com

**Dated: November 4, 2010**              **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California